211 West Fort Street  
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 14–52133–tjt  
Chapter: 7

In Re: (NAME OF DEBTOR(S))  
   Mark Anthony Chaban  
   dba Wayne County Law  
   15046 Hix  
   Livonia, MI 48154

Social Security No.:  
   xxx–xx–4678

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☑ Chapter 7 Means Test (Form 22 A)
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☑ Declaration Concerning Debtor's Schedules
- ☐ Statement Regarding Authority to Sign and File Petition (Business Only)
- ☑ Summary of Schedules
- ☑ Schedules A–J
- ☐ Schedule A

- ☐ Schedule B  
- Schedule C:  
- ☐ Debtor  
- ☐ Joint Debtor  
- ☐ Schedule D  
- ☐ Schedule E  
- ☐ Schedule F  
- ☐ Schedule G  
- ☐ Schedule H  
- ☐ Schedule I  
- ☐ Schedule J

The missing document(s) must be filed on or before **8/7/14** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 7/25/14

        BY THE COURT

        Katherine B. Gullo , Clerk of Court
        U.S. Bankruptcy Court