211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 14−52133−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
 Mark Anthony Chaban
 dba Wayne County Law
 15046 Hix
 Livonia, MI 48154

Social Security No.:
 xxx−xx−4678

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN THAT on **8/21/14**, an order dismissing the above entitled case was entered because the above−captioned individual debtor(s) failed to file the following required papers. Accordingly, the automatic stay is lifted.

- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Petition Preparer Signature Form 19
- ☐ Certificate of Budget and Credit Counseling
- ☑ Chapter 7 Means Test (Form 22A)
- ☐ Chapter 13 Plan
- ☐ Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C)
- ☐ Creditor Matrix
- ☐ Declaration Concerning Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Schedules A−J
- ☐ Schedules ☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☐ F, ☐ G, ☐ H, ☐ I and ☐ J
- ☐ Statement of Financial Affairs
- ☐ Statement of Social Security Number
- ☐ Statistical Summary
- ☐ Summary of Schedules

Dated: 8/21/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court