UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Chapter 7

MARK ANTHONY CHABAN,           Case No. 14-52133

      Debtor.                              Hon. Walter Shapero
_____/

### ORDER DENYING DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY, AND, FOR SANCTIONS/DAMAGES FOR VIOLATION OF AUTOMATIC STAY (RE 61)

This matter comes before the Court based on Debtor Mark Anthony Chaban's *Motion to Enforce Automatic Stay, and, For Sanctions/Damages for Violation of Automatic Stay* (Docket No. 61). Ryan Hill, Bob Woodward, and Judge Susan Borman filed responses to Mr. Chaban's motion. (Docket Nos. 68, 80). The Court has considered all relevant filings and heard oral argument on October 23, 2014.

Now, therefore, IT IS ORDERED that Mr. Chaban's motion is DENIED for the reasons stated in the Court's October 23, 2014 bench opinion.

**Signed on October 31, 2014**

                                                  /s/ Walter Shapero
                                             Walter Shapero
                                             United States Bankruptcy Judge