**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:
    MARK A. CHABAN                                                    CASE NO. 14-52133

            *Debtor(s),*                                            CHAPTER 7

                                                           HON: WALTER SHAPERO

## OBJECTION TO CLAIM NO. 2 OF BOB WOODWARD UNDER 11 USC 502(a)

**NOW COMES** Debtor and, pursuant to 11 USC 502 objects to the proof of claim [No. 2] of BOB WOODWARD, dated April 2, 2015, and states:

1. The Proof of Claim is incomplete.

2. Claim No. 2 is not based on a debt owed by the Debtor.

3. The state court that entered the Judgment, upon which Claim No. 2 is based, did not have subject matter jurisdiction over actions or proceedings relating to the Debtor. Therefore, Debtor was neither a proper party to the state court proceeding; nor bound by the state court Judgment.

4. The state court proceeding was conducted in violation of 11 USC 362, and, the Judgment on which the claim is allegedly based was entered in violation of 11 USC 362. The judgment is, therefore, legally invalid and subject to being declared void ab initio.

5. The state court judgment is not a final order.

**WHEREFORE**, Debtor respectfully requests this Court enter its Order and:

    A. GRANT the objection of Debtor to the Claim No. 2.

    B. DISALLOW the claim of Woodward, pursuant to 11 USC 502(a).

    C. GRANT such further and additional relief as this Court deems just.

Respectfully Submitted,

Dated: June 24, 2015  /s/ Mark A. Chaban
By: Mark A. Chaban (P57799)
Attorney for Debtor
199 N. Main St., Suite 112
Plymouth, Michigan 48170
Phone: 734-454-0770
E-mail: mark.chaban@tds.net

# CERTIFICATE OF SERVICE

I, Mark A. Chaban, hereby certify that on June 25, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants and have mailed by United States Postal Service the paper to the following non-ECF participants: none.

/s/ Mark A. Chaban
Attorney for Petitioner
199 N. Main St. Ste 112
Plymouth, MI 48170
734-454-0770
mark.chaban@tds.net