# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    MARK A. CHABAN                    CASE NO. 14-52133

                _Debtor(s),_                  CHAPTER 7

                                                  HON: WALTER SHAPERO

## OBJECTION TO CLAIM NO. 1 OF FRED FREEMAN UNDER 11 USC 502(a)

Now comes Debtor and, pursuant to 11 USC 502 objects to the proof of claim [No. 1] of FRED FREEMAN, dated March 31, 2015, and states:

1. The Proof of Claim is incomplete.

2. The Debtor was not a party to nor bound by the Judgment, allegedly assigned to Freeman. There is no debt owed by Debtor.

3. The Assignment, by which Freeman claims the status of a "creditor", is void under Michigan law, as a violation of the Michigan Rules of Professional Conduct.

4. The Assignment is merely a security interest in a chose of action of another, and conveys no debt or rights [as a creditor] to Freeman.

5. The underlying Judgment is void ab initio for fraud, by Freeman.

6. Freeman has no standing to file such a claim under Section 502.

7. The issues listed are currently in litigation, subject to Summary Judgment and multiple sanctions motions against Freeman for frivolous filings under Fed. R. Bank. 9011, in Case No. 14-05126 in this Court.

Wherefore, Debtor respectfully requests this Court enter its Order and:

A. GRANT the objection of Debtor to the Claim No. 1.

B. DISALLOW the claim of Freeman, pursuant to 11 USC 502(a).

C. GRANT further sanctions against Freeman under 28 USC 1927.

D. GRANT such further and additional relief as this Court deems just.

Respectfully Submitted,

Dated: 6/25/15                                                  __/s/ Mark A. Chaban_____
                                                                BY: Mark a. Chaban
                                                                199 N. Main St. Ste 112
                                                                Plymouth, MI 48170
                                                                734-454-0770
                                                                mark.chaban@tds.net

## CERTIFICATE OF SERVICE

I, Mark A. Chaban, hereby certify that on June 25, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following: all ECF participants and have mailed by United States Postal Service the paper to the following non-ECF participants: none.

/s/ Mark A. Chaban
Attorney for Petitioner
199 N. Main St. Ste 112
Plymouth, MI 48170
734-454-0770
mark.chaban@tds.net