UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    MARK A. CHABAN,

                            Case No. 14-52133
                            Chapter 7
                            JUDGE W. SHAPERO

                Debtor,
_____/

Bob Woodward,

                Plaintiffs/Creditors,

-vs-

MARK A. CHABAN,
313-962-4954

                Defendant/Debtor,
_____/

MARK A. CHABAN
 Debtor In Pro Per
15046 Hix
Livonia, MI, 48154

RYAN E. HILL (P-68445)
Attorney for Creditor Bob Woodward
407 E. Fort, Suite 103
Detroit, MI, 48226

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 2, BOB WOODWARD**

NOW COMES Creditor Bob Woodward, and in response to the frivolous objections filed by Debtor MARK A. CHABAN states unto this Honorable Court as follows:

1. As to the first paragraph of Debtor's objections, Creditor denies same for the reason that it is untrue.

2. That as to the second paragraph of Debtor's objection, Creditor denies same for the reason that it is untrue. Moreover, that this paragraph totally lacks legal merit for the following reasons:

A. That the Wayne County Circuit Court imposed liability upon Debtor for filing a second vexatious appeal in a simple eviction case
.

B. That this Court, in its decision in the above stated adversary case, indicated that under the Rooker-Feldman doctrine and for other legal reasons, this Court will not disturb a ruling by the state court.

3. That as to the third paragraph, Creditor denies same for the reason that it is untrue.

4. That as to the fourth paragraph, Creditor denies same for the reason that it is untrue.

5. That as to the fifth paragraph, Creditor denies same for the reason that it is untrue.

  WHEREFORE, Creditor prays that this Court deny Debtor's Objections to Claim for lack of legal merit and grant him costs and fees in the amount of $675.00 for Debtor's vexatious pleading.

Respectfully submitted

_____
Ryan E. Hill (P68445)

`
Dated: July 21, 2015